UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHAT M. KHONG,

    Plaintiff,

v.

UNITED STATES,[1]

    Defendant.

No. 2:15-cv-2135 TLN AC (PS)

ORDER

    Plaintiff, proceeding in this action in pro per, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs have submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

    The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry. Pursuant to 28 U.S.C. § 1915(e)(2) (screening of IFP complaints), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks

---

[1] "United States" was substituted as defendant, in place of "Internal Revenue Service," pursuant to 26 U.S.C. § 7422(f)(2). Accord, Reyes v. Dep't of Treasury, 2009 WL 981604, at *5 (E.D. Cal. 2009), as amended (Apr. 14, 2009), report and recommendation adopted, 2009 WL 1798150 (E.D. Cal. 2009).

1

1 monetary relief against an immune defendant.

2 For screening purposes, the complaint appears to state a cognizable claim for relief under
3 26 U.S.C. § 7422 (civil actions for refund of tax paid).  If the allegations of the complaint are
4 proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

5 Good cause appearing, IT IS HEREBY ORDERED that:

6 1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2), is GRANTED.

7 2. Under IRC 7422(f), this action may only be brought against the United States.
8 Accordingly, pursuant to IRC 7422(f)(2), the United States is hereby SUBSTITUTED as
9 defendant.

10 3. The Clerk of the Court is directed to serve the undersigned's scheduling order in civil
11 cases.

12 4. The Clerk of the Court is further directed to serve a copy of this order on the United
13 States Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

14 5. The Clerk of the Court is directed to issue forthwith, all process pursuant to Federal
15 Rule of Civil Procedure 4, including a copy of this court's scheduling order, without prepayment
16 of costs.

17 6. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order
18 is filed, all information needed by the Marshal to effect service of process, <u>and shall file a
19 statement with the court that said documents have been submitted to the United States Marshal</u>.
20 The court anticipates that, to effect service, the U.S. Marshal will require at least:

21 a. One completed summons;

22 b. One completed USM-285 form;

23 c. One copy of the endorsed filed complaint, with an extra copy for the U.S.
24 Marshal;

25 d. One copy of this court's scheduling order; and

26 e. One copy of the instant order.

27 7. The United States Marshal is directed to serve all process (which here includes a copy
28 of this court's scheduling order and an appropriate form for consent to trial by a magistrate

judge), without prepayment of costs, not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. 4(i)(1)(A).

8. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 60 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

9. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: October 27, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE