UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHAT M. KHONG,[1]

        Plaintiff,

  v.

UNITED STATES,

        Defendant.

No. 2:15-cv-2135 TLN AC (PS)

ORDER

    Plaintiff is proceeding in pro per and in forma pauperis. This matter was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21). On October 28, 2015, the court scheduled a Status (Pretrial Scheduling) Conference for April 6, 2016, and ordered the parties to file status reports not later than 14 days prior to that date. ECF No. 3.

    Plaintiff has not filed a status report within the time allotted, and the government's status report seems to confirm that plaintiff is not participating in this lawsuit. See ECF No. 8. According to the status report, the government has not been able to make contact with plaintiff: its letter to plaintiff regarding the upcoming status conference went unanswered; and it was unable to reach plaintiff by telephone. Id. at 1-2.

---

[1] Plaintiff spells his name "Khong" everywhere on his submitted papers except the caption of the complaint, where it is spelled "Kong." See ECF Nos. 1, 2. Plaintiff spells his name "Khong" in the caption of his motion for in forma pauperis status. ECF No. 2. The court accordingly spells the name "Khong."

1

     Accordingly, IT IS HEREBY ORDERED that plaintiff is Ordered To Show Cause, in writing no later than April 6, 2016 at 3:30 p.m., why this matter should not be dismissed for lack of prosecution and for failure to comply with the court's order.  <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.

DATED: March 31, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE