UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAT M. KHONG,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES,<br><br>    Defendant. | No. 2:15-cv-2135 TLN AC (PS)<br><br><br><br>ORDER |

  On March 31, 2016, the undersigned ordered plaintiff to show cause why this matter should not be dismissed for failure to prosecute and for failure to comply with the court's order. ECF No. 9. Plaintiff had not filed a Status Report within the time allotted, was apparently not taking any other action to prosecute the lawsuit, and had failed to respond to the government's attempts to communicate with him about the case. Plaintiff has now signed a Joint Status Report (ECF No. 11), and it appears that he was unaware, at least in part, of the government's attempts to communicate with him.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Order To Show Cause (ECF No. 9), is DISCHARGED; and

////

////

////

1

2. This matter is now set for a Status (Pretrial Scheduling) Conference on May 11, 2016 at 10:00 a.m. in Courtroom No. 26 before the undersigned. No additional Status Reports are required for this conference.

DATED: April 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE